

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JEROME L. WEATHINGTON,<br>Plaintiff | CIVIL ACTION 1:10-CV-00359<br>SECTION "P" |
| VERSUS | JUDGE DEE D. DRELL |
| UNITED STATES, et al.,<br>Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are partially correct under the applicable law;

IT IS ORDERED that Weathington's motion for summary judgment (Doc. 36) is DENIED, his motion for a jury trial is denied as the remaining claims are under the Federal Tort Claims Act. The case will be set for trial by separate order from the undersigned.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 8th day of February, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE